**Order filed February 4, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00397-CR
_____

## EX PARTE MARCO ANTONIO CONTRERAS

**On Appeal from County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Cause No. 2285006**

## ORDER

On December 11, 2020, pursuant to Tex. R. App. P. 37.1, we requested you review the record and file a proper certification of the defendant's right of appeal and transmit a supplemental clerk's record containing a certification to this court the record of the hearing to our court on or before December 28, 2020.

On January 6, 2021, we alerted you that we had not received the requested record. The record was not received.

On January 25, 2021, we again alerted you that we had not received the requested record. In response, the trial court clerk filed an information sheet stating:

> __X__      This case is a **WRIT OF HABEUS CORPUS** and a trial certification is not filed in this type of appeal case. This information sheet in is lieu of the request to supplement.

This accelerated appeal is from an appealable order, specifically the denial of a pretrial application for writ of habeas corpus. Accordingly, the trial court is required to certify appellant's right of appeal. *See* Tex. R. App. P. 25.2(a)(2)). Without a certification, this court is required to dismiss the appeal. *See* Tex. R. App. P. 25.2(d).

Accordingly, we direct the trial court to review the record, file a proper certification of the defendant's right of appeal, and have a supplemental clerk's record containing a certification transmitted to our court on or before February 15, 2021.

PER CURIAM

Panel Consists of Justices Chief Justice Christopher and Justices Spain and Wilson.